607 A.2d 247

**In the Nature of a Petition to Set Aside the Nomination Petition of Edward J. NESMITH, Jr., as Candidate for the Representative of the 186th District in the General Assembly.**

**Appeal of Harold JAMES, Petitioner.**

Supreme Court of Pennsylvania.

April 27, 1992.

122

## ORDER

ZAPPALA, Justice.

AND NOW, this 27th day of April, 1992, upon consideration of the Petition for Reconsideration of Order of April 8, 1992, and Emergency Motion for Stay filed on behalf of Petitioner Edward J. Nesmith, Jr., it is hereby ORDERED that the petition and motion are denied.

NIX, C.J., did not participate in the consideration or disposition of this matter.

LARSEN, J., did not participate in the consideration or disposition of this matter.